IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| KYLE GEE, | CV 19-41-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO ALLOW ATTENDANCE AT PRELIMINARY PRETRIAL CONFERENCE BY TELEPHONE** |
| vs. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | |

Plaintiff Kyle Gee and Defendant Sun Life Assurance Company of Canada have filed a joint motion to allow counsel to appear at the Preliminary Pretrial Conference by telephone. (Doc. 9.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.

Plaintiff's counsel, Paul D. Odegaard and Taylor N. Johnson, and Defendant's counsel, Mikel L. Moore, may appear by telephone at the July 2, 2019 Preliminary Pretrial Conference. Counsel shall use the Court's conferencing system to participate in the Conference:

1. Dial 1-877-848-7030
2. Enter Access Code 5492555 #

DATED this 18th day of June, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge