

FILED

JAN 0 7 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| KYLE GEE, | CV 19-41-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | |

Upon the parties' Stipulation for Dismissal With Prejudice (Doc. 25), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 7th day of January, 2020.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1